United States District Court
Southern District of Texas
**ENTERED**
December 15, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT** | * * * | |
| **Petitioner,** | * | **CIVIL CASE NO. B-20-cv-207** |
| | * | |
| **v.** | * | |
| | * | |
| **ARIF MAHMUID,** | * | |
| **Respondent.** | * * | |

**ORDER**

The Court, having reviewed the *Petitioner's Motion for Issuance of Summons and Order Directing U.S. Marshal Office to Serve Summons and Petition*, this Court finds that the Petitioner, an agency of the United States government, has shown good cause warranting an order directing the U.S. Marshal to serve Respondent's representative with the summons and petition herein.

Accordingly, it is:

**ORDERED** that *Petitioner's Motion for Issuance of Summons and Order Directing U.S. Marshal Office to Serve Summons and Petition* is **GRANTED**;

**ORDERED** that the Clerk of the Court issue a summons;

**ORDERED** that upon the issuance of a summons, the U.S. Marshal's Service serve the Summons and a copy of the Petition herein upon Respondent as provided in the summons attached to Petitioner's motion. Once service is completed, the Marshal's Office is directed to provide the Clerk with proof that service was accomplished.

Signed on December 15, 2020.

Fernando Rodriguez, Jr.
PRESIDING JUDGE